# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE A. NINO, | ) No. 1:13−CV−00832−GSA |
| | ) |
| Plaintiff, | ) ORDER EXTENDING TIME FOR |
| | ) PLAINTIFF TO FILE REPLY BRIEF |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Stipulation filed on March 4, 2014, IT IS HERBY ORDERED: Plaintiff's time in which to submit her reply brief is extended from **March 18, 2014** to **April 1, 2014**

IT IS SO ORDERED.

Dated: __**March 6, 2014**__                __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE

1